

STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

## UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: | ADOLPH NOBLES JR |
| 11373 WHITCOMB ST |
| DETROIT MI 48227 |
| |

Debtor

Case No.: | 23-46682 TJT |
Chapter: | 13 |
Honorable | THOMAS J. TUCKER |

### WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | Claim No. | | $ |
|---|---|---|---|
| Secured: Claim No. | | $ | |
| Priority: Claim No. | 15-1 | $ | 8386.29 |
| Unsecured: Claim No. | 15-1 | $ | 6795.62 |
| Administrative: Claim No. | | $ | |

Total to be withdrawn: $ | 15181.91 |

/S/ Katina Litterini
_____

Director
Collection Services Bureau
Michigan Department of Treasury